# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LUCAS RODDY

NO. 2021 KW 1539

FEBRUARY 25, 2022

---

In Re:   Lucas Roddy, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 14,222.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT